SAMUEL W NASH, Respondent, *v.* THE MANUFACTURERS AND TRADERS' BANK, Appellant.

THIS appeal presented the same questions, and was argued and decided with *Nash* v. *White's Bank of Buffalo* (*ante*, p. 243.)